UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JONATHAN SEBASTIAN,**<br>      Plaintiff,<br><br>vs.<br><br>**COAST PROFESSIONAL, INC.;**<br>**and DOES 1 to 10, inclusive,**<br>      Defendants. | **Civil Action No.:**<br>**6:13-cv-00870-RFD-PJH** |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41a(1), Plaintiff, JONATHAN SEBASTIAN, by and through his attorneys, hereby voluntarily dismisses the above-entitled case with prejudice.

DATED: March 4, 2014                    RESPECTFULLY SUBMITTED,

By: /s/ Nicholas M. Graphia
Nicholas M. Graphia
Bar No. 33159
**Law Office of Nicholas M. Graphia, LLC**
767 Florence Street
Baton Rouge, LA 70806
Phone: (225) 366-8618
Fax: (888) 909-6892
Email: ngraphia@nmglegal.com
*Attorney for Plaintiff,*
*Jonathan Sebastian*