RECEIVED

MAR 1 1 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JONATHAN SEBASTIAN,<br>Plaintiff,<br><br>vs.<br><br>COAST PROFESSIONAL, INC.;<br>and DOES 1 to 10, inclusive,<br>Defendants. | Civil Action No.:<br>6:13-cv-00870-RFD-PJH |

## ORDER OF DISMISSAL WITH PREJUDICE

PURSUANT TO NOTICE OF JOINT/VOLUNTARY DISMISSAL, IT IS SO ORDERED that all claims of Plaintiff, JONATHAN SEBASTIAN against Defendants, COAST PROFESSIONAL, INC.; and DOES 1 to 10, inclusive, are dismissed, with prejudice.

IT IS SO ORDERED.

DATED: March 11, 2014

_____
U.S. District Court Judge
Western District of Louisiana